Ryan K. Marden (SBN 217709)
**Marden Law, Inc.**
18012 Cowan, Suite 200
Irvine, CA 92614
(714) 822-4450
rmarden@marden-law.com

Attorney for Plaintiffs
THOMAS WILLIAM SWEARINGEN AND MARGARET MARY SWEARINGEN,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS WILLIAM SWEARINGEN AND MARGARET MARY SWEARINGEN,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS, LLC, a limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-04314-S<br><br>**JOINT MOTION TO DISMISS**<br><br>*Honorable Judge Susan Illston* |

**TO THE COURT**:

The parties jointly, by and through their counsel of record, hereby request that the matter be dismissed with prejudice. The parties have executed a settlement agreement and all parties have satisfied their obligations under the terms of the settlement agreement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| DATED: September 19, 2024 | | MARDEN LAW, INC. |

*/s/Ryan K. Marden*
Ryan K. Marden
Attorney for Plaintiffs
THOMAS WILLIAM SWEARINGEN
AND MARGARET MARY
SWEARINGEN

DATED: September 19, 2024    PARK, LAWLESS & TREMONTI

*/s/Steven Park*
Steven Park
Attorney for Defendant
General Motors, LLC



APPROVED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Date: September 19, 2024